# Exhibit 1



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,522,438**

**Registered Apr. 29, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR; PLAYSETS FOR ACTION FIG-URES; BATTERY OPERATED ACTION TOYS; TOY PISTOLS, TARGET SETS; BATTERY OPERATED REMOTE CONTROLLED TOY VEHICLES; FLYING DISKS; BALLS FOR GAMES; BALLS FOR SPORTS; INFLATABLE BOP BAGS; SPORTING ARTICLES; KITES; YO-YOS; COLLECTIBLE TOY FIGURES; VINYL FIGURES; BALLOONS; TOY BUILDING BLOCKS; PLAYING CARDS; BOARD GAMES, CARD GAMES; MEMORY GAMES; PARLOR GAMES; PARTY GAMES; ROLE PLAYING GAMES; COSTUME MASKS; PUZZLES; INDOOR SLUMBER AND PLAY TENTS; BATHTUB TOYS; DRAWING TOYS; MUSICAL TOYS; PLUSH TOYS; PULL TOYS; SAND TOYS; SQUEEZE TOYS; STUFFED TOYS; TALKING TOYS; WATER SQUIRTING TOYS; HAND PUPPETS; TOY BANKS; BUBBLE-MAKING WAND AND SOLUTION SETS; CHRISTMAS TREE ORNAMENTS (EXCEPT CONFECTION-ERY OR ILLUMINATION ARTICLES); EGG DECORATING KITS; PARTY FAVORS IN THE NATURE OF SMALL TOYS, CRACKERS AND NOISEMAKERS; STREAMERS; PAPER PARTY HATS; BOBBLEHEAD DOLLS; DOLLS AND ACCESSORIES THEREFOR; PLAYSETS FOR DOLLS; DOLL CLOTHING; CLOTHING FOR STUFFED AND PLUSH TOYS; PLAY COSMETICS FOR CHILDREN; PET TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,393, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,522,437**
**Registered Apr. 29, 2014**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: CRYSTAL, CERAMIC, GLASS AND PORCELAIN FIGURINES; CRYSTAL, CERAMIC, GLASS AND PORCELAIN SCULPTURES; WASTEPAPER BASKETS; PIGGY BANKS; CUPS AND MUGS; BEVERAGEWARE; SPORTS BOTTLES WITH MOLDED CHARACTER HEADS; BOTTLE OPENERS; DRINKING STRAWS; INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS; ICE CUBE MOLDS; PLASTIC COASTERS; DISHES; PLATES; BOWLS; SERVING TRAYS; CAKE MOLDS; COOKIE CUTTERS; CUPCAKE MOLDS; COOKIE JARS; PLASTIC SQUEEZE BOTTLES; TEAPOTS NOT MADE OF PRECIOUS METAL; SALT AND PEPPER SHAKERS; LUNCH BOXES; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; TOOTHBRUSHES; BATTERY POWERED TOOTHBRUSHES; TOOTH-BRUSH HOLDERS; DENTAL CARE KITS COMPRISING TOOTHBRUSHES AND FLOSS; DENTAL FLOSS; HAIR BRUSHES; HAIR COMBS; SOAP DISPENSERS; SOAP HOLDERS; PET BRUSHES; PET FEEDING AND DRINKING BOWLS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-15-2013; IN COMMERCE 6-15-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,388, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,419,214**

**Registered Oct. 15, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BOOKS IN THE FIELD OF ENTERTAINMENT; CHILDREN'S ACTIVITY BOOKS; CHILDREN'S STORYBOOKS; ADDRESS BOOKS; COLORING BOOKS; COMIC BOOKS; POSTER BOOKS; GRAPHIC NOVELS; NOTEBOOKS; DIARIES; BOOKMARKS; MAGAZINES IN THE FIELD OF ENTERTAINMENT; POSTERS; CALENDARS; SCRAPBOOK ALBUMS; STICKER ALBUMS; SKETCHBOOK ALBUMS; PHOTOGRAPH ALBUMS; ART PRINTS; CHALK; CRAYONS; ARTS AND CRAFTS PAINT KITS; MARKERS; PENS; ERASERS; PENCILS; PENCIL CASES; PENCIL SHARPENERS; DECORATIVE PENCIL TOP ORNA-MENTS; SCHOOL SUPPLY KITS CONTAINING VARIOUS COMBINATIONS OF SELECTED SCHOOL SUPPLIES, NAMELY, WRITING INSTRUMENTS, PENS, PENCILS, MECHANICAL PENCILS, ERASERS, MARKERS, CRAYONS, HIGHLIGHTER PENS, FOLDERS, NOTE-BOOKS, PAPER, PENCIL SHARPENERS, GLUE AND BOOKMARKS; FOLDERS; ACTIVITY KITS CONSISTING OF STICKERS AND STAMPS; DECALS AND TRANSFERS; STICKERS; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; COASTERS MADE OF PAPER; PAPER PENNANTS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; PAPER PARTY SUPPLIES, NAMELY, PAPER PARTY FAVORS, PAPER NAPKINS, PAPER PLACEMATS, PAPER GIFT WRAP AND PAPER GIFT WRAPPING RIBBONS, PAPER TABLE CLOTHS AND PAPER PARTY BAGS; GIFT BAGS PRINTED INVITATIONS; POSTCARDS; TRADING CARDS; GREETING CARDS; WRITING PAPER; ENVELOPES; MEMO PADS; LUNCH BAGS; AND CROSSWORD PUZZLES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-19-2010; IN COMMERCE 5-19-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,342, FILED 1-24-2012.

RAUL CORDOVA, EXAMINING ATTORNEY



*Deva Stewart Lee*

Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,515,131**

**Registered Apr. 15, 2014**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**Int. Cl.: 18**

FOR: BACKPACKS; KNAPSACKS; FANNY PACKS; TOTE BAGS; BOOK BAGS; ALL PURPOSE SPORT BAGS; ATHLETIC BAGS; GYM BAGS; SHOULDER BAGS; PURSES; TRAVEL BAGS; TRAVEL CASES; LUGGAGE; LUGGAGE TAGS; WALLETS; COIN PURSES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 6-15-2013; IN COMMERCE 6-15-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,373, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,605,902**

**Registered Sep. 16, 2014**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: PICTURE AND PHOTOGRAPHIC FRAMES; THROW PILLOWS; DECORATIVE PIL-LOWS; FLOOR PILLOWS; CUSHIONS; NON-METAL KEY CHAINS AND KEY RINGS; SLEEPING BAGS; TOY CHESTS; PLASTIC FIGURINES; PLASTIC CAKE DECORATIONS; PLASTIC SCULPTURES; WOOD SCULPTURES; TOY BOXES; VINYL APPLIQUÉS FOR ATTACHMENT TO WINDOWS, MIRRORS, AND OTHER SOLID SURFACES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 6-14-2013; IN COMMERCE 6-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,379, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,354,512**
**Registered June 18, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CLOTHING, FOOTWEAR, AND HEADWEAR, NAMELY, T-SHIRTS, TANK TOPS, SWEATSHIRTS, PAJAMAS, NIGHTGOWNS, BLOUSES, SHORTS, CAPS, HATS, SLIPPERS, INFANTWEAR, HALLOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-23-2011; IN COMMERCE 8-23-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-343,508, FILED 6-10-2011.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



**Acting Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# IT'S SO FLUFFY

**Reg. No. 6,169,993**

**Registered Oct. 06, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 16: Wire-bound notebooks; blank journals; diaries; sticker albums; stickers, pencil sharpeners; study kits, consisting of pencil erasers, drawing ruler, and pencil sharpeners

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-083,162, FILED 08-17-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# IT'S SO FLUFFY

**Reg. No. 6,456,114**

**Registered Aug. 17, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 25: Clothing namely, shirts and tops, sweatshirts

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-083,163, FILED 08-17-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

# MINIONS

**Reg. No. 4,918,817**

**Registered Mar. 15, 2016**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BAGS, NAMELY, ALL-PURPOSE CARRYING BAGS, ATHLETIC BAGS, ALL-PURPOSE SPORT BAGS, BACKPACKS, BEACH BAGS, BOOK BAGS, DUFFEL BAGS, GYM BAGS, MESSENGER BAGS, OVERNIGHT BAGS, SHOULDER BAGS, TOTE BAGS, TRAVEL BAGS; TRAVEL CASES; PURSES; HANDBAGS; DIAPER BAGS; KNAPSACKS; UMBRELLAS; ARTICLES MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, CALLING CARD CASES, CHANGE PURSES, COIN PURSES, FANNY PACKS, LUGGAGE, LUGGAGE TAGS, KNAPSACKS, KEY CASES, LEATHER KEY CHAINS, SATCHELS, WAIST PACKS, AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-306,066, FILED 6-10-2014.

KRISTIN DAHLING, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# MINIONS

**Reg. No. 5,059,956**

**Registered Oct. 11, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 28: Toys, games and playthings, namely, action target games; action-type target games; aero-dynamic disk for use in playing catching games; air mattress swimming floats for recreational use; amusement game machines; amusement products, namely, inflatable balls; bath toys; beach balls; bean bags; children's toy bicycles other than for transport; decorative wind spinners; dice games; Easter egg coloring kits; electric action toys; electric toy vehicles; electronically operated toy motor vehicles; face masks; floats for bathing and swimming; inflatable bop bags; inflatable inner tubes for aquatic recreational use; inflatable toys; inflatable toys showing decorative pictures; non-electric toy vehicles; paper face masks; paper party favors; paper streamers; party favor hats; play balls; play figures; plush dolls; sandbox toys; swim fins; swimming flippers; tossing disc toys; toy and novelty face masks; toy artificial fingernails; toy boxes; toy candy dispensers; toy construction blocks; toy construction sets; toy masks; toys, namely, a disc to toss in playing a game wherein other discs are flipped and collected; toys, namely, children's dress-up accessories; vinyl dolls; water wing swim aids for recreational use; action figures and accessories therefor; playsets for action figures; battery operated action toys; flying disks; balls for games; toy model hobby craft kits for constructing two- and three-dimensional positionable toy figures; hobby craft kits for constructing two- and three-dimensional positionable toy figures comprising crayons, stencils, stickers and paints; toy rubber stamps; sporting articles, namely, skateboards, roller-skates, balls for sports, inflatable punching bags, athletic protective elbow pads for skateboarding, athletic protective knee pads for skateboarding, bowling bags, bowling ball covers, bowling gloves, elbow guards for athletic use and elbow pads for athletic use; kites; yo-yos; snow globes; pinball machines and arcade game machines; hand held electronic games; swim floats for recreational use; collectable toy figures; balloons; toy building blocks; playing cards; board games, card games; memory games; action skill games; parlor games; party games; role playing games; children's educational toys for developing cognitive skills; costume masks; stress relief balls for hand exercise; puzzles; marbles for games; play tents; bathtub toys; drawing toys; musical toys; plush toys; pull toys; sand toys; squeeze toys; stuffed toys; talking toys; water toys; toy figures; wind-up toys; hand puppets; sit-in and ride-on toy vehicles; toy banks; bubble-making wand and solution sets; egg decorating kits; party favors in the nature of small toys and noisemakers; paper party streamers; paper party hats; bobble head dolls; dolls and accessories therefor; playsets for dolls; doll clothing; doll houses; clothing for stuffed and plush toys; toy cosmetics; pet toys; piñatas; Christmas tree ornaments

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-306,068, FILED 06-10-2014



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

KRISTIN M DAHLING, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

# MINIONS

**Reg. No. 4,846,779**

**Registered Nov. 3, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SHIRTS, TANK TOPS, BLOUSES, PAJAMAS, NIGHTGOWNS, DRESSES, JACKETS, SHORTS, PANTS, SKIRTS, CAPS, HATS, SCARVES, SLIPPERS, INFANTWEAR, LOUNGEWEAR, UNDERWEAR, SOCKS, AND HALLOWEEN COSTUMES; FOOTWEAR; AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,397,007.

SN 86-204,068, FILED 2-25-2014.

ALEX KEAM, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MINIONS

**Reg. No. 5,176,741**

**Registered Apr. 04, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 16: Paper and cardboard products, namely, address labels, adhesive labels, adhesive note paper, adhesive notepads, agendas, appointment books, art pictures, art prints, bathroom tissue, blank cards, blank note cards, blank notebooks, blank or partially printed paper labels, book covers, bookmarkers, book-cover paper, cardboard hang tags, children's wall stickers and murals, Christmas cards, children's arts and crafts paper kits, coasters made of paper, coasters of cardboard, craft paper, daily planners, decorative paper centerpieces, engagement books, envelopes, facial tissue, flags and pennants of paper, graphic prints and representations, hand towels of paper, holiday cards, illustrated notepads, letter paper, memo blocks, note cards, notepads, occasion cards, paper bags and sacks, paper banners, paper gift cards, paper gift tags, paper hang tags, paper note tablets, paper party bags, paper party decorations, paper cake decorations, paper cake toppers, paper serviettes, paper table liners, paper gift tags, paper tissues, paper towels, party favor gift boxes sold empty, party goodie bags of paper, party ornaments of paper, picture books, picture postcards and printed paper signs; stationery; adhesives for stationery or household purposes; artists' materials, namely, paint brushes, art pads, art paper, artists' pencils, artists' pens, arts and craft clay kits, arts and craft paint kits, chalk, chalk sticks, color pencils, colored pens, craft glue for stationery and household purposes; drawing pads, drawing paper, drawing pencils, drawing rulers, drawing tablets, easel pads, felt marking pens, felt pens, felt tip markers, felt writing pens, felt-tip pens, highlighter pens and markers, ink pens, modeling clay, iron-on transfers, pencils for painting and drawing, sketch books and sketch pads; books, namely, a series of fiction books, comic books, and books in the field of in the field of animation, cartoons, drama, action, adventure, science-fiction; children's activity books; puzzle books, brain game books, word game books, children's storybooks; children's books; address books; coloring books; comic books; poster books; graphic novels; notebooks; diaries; blank writing journals; bookmarks; magazines in the field of animation, cartoons, comics and children's entertainment; posters; calendars; scrapbook albums; sticker albums; sketchbook albums; photograph albums; crayons; arts and crafts paint kits; markers; pens; erasers; pencils; pencil cases; decorative pencil top ornaments; activity kits consisting of stickers and toy stamps; decals and transfers; stickers; pencil sharpeners; drawing rulers; school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, paper clips, pencil sharpeners, writing grips, glue for stationery purpose; folders; binders as stationery; paper clips; paper staplers; staple removers; slate boards for writing; stencils; rubber stamps other than hand tools or parts of machines and stamp pads; paper pennants; paper party decorations; paper cake decorations; paper party supplies, namely, paper napkins, paper placemats, paper gift wrap and paper gift wrapping ribbons, paper table cloths and paper party bags; gift bags; printed invitations; postcards; trading cards; greeting cards; writing paper; envelopes as stationery; memo pads; and lunch bags of paper



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-306,064, FILED 06-10-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,166,771**

**Registered Mar. 21, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 16: Paper and cardboard products, namely, address labels, adhesive labels, adhesive note paper, adhesive notepads, agendas, appointment books, art pictures, art prints, bathroom tissue, blank cards, blank note cards, blank notebooks, blank or partially printed paper labels, book covers, bookmarkers, book-cover paper, cardboard hang tags, children's wall stickers and murals, Christmas cards, children's arts and crafts paper kits, coasters made of paper, coasters of cardboard, craft paper, daily planners, decorative paper centerpieces, engagement books, envelopes, facial tissue, flags and pennants of paper, graphic prints and representations, hand towels of paper, holiday cards, illustrated notepads, letter paper, memo blocks, note cards, notepads, occasion cards, paper bags and sacks, paper banners, paper gift cards, paper gift tags, paper hang tags, paper note tablets, paper party bags, paper party decorations, paper cake decorations, paper cake toppers, paper serviettes, paper table liners, paper gift tags, paper tissues, paper towels, party favor gift boxes sold empty, party goodie bags of paper, party ornaments of paper, picture books, picture postcards and printed paper signs; stationery; adhesives for stationery or household purposes; artists' materials, namely, paint brushes, art pads, art paper, artists' pencils, artists' pens, arts and craft clay kits, arts and craft paint kits, chalk, chalk sticks, color pencils, colored pens, craft glue for stationery and household purposes; drawing pads, drawing paper, drawing pencils, drawing rulers, drawing tablets, easel pads, felt marking pens, felt pens, felt tip markers, felt writing pens, felt-tip pens, highlighter pens and markers, ink pens, modeling clay, iron-on transfers, pencils for painting and drawing, sketch books and sketch pads; books, namely, a series of fiction books, comic books, and books in the field of in the field of animation, cartoons, drama, action, adventure, science-fiction; children's activity books; puzzle books, brain game books, word game books, children's storybooks; children's books; address books; coloring books; comic books; poster books; graphic novels; notebooks; diaries; blank writing journals; bookmarks; magazines in the field of animation, cartoons, comics and children's entertainment; posters; calendars; scrapbook albums; sticker albums; sketchbook albums; photograph albums; crayons; arts and crafts paint kits; markers; pens; erasers; pencils; pencil cases; decorative pencil top ornaments; activity kits consisting of stickers and toy stamps; decals and transfers; stickers; pencil sharpeners; drawing rulers; school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, paper clips, pencil sharpeners, writing grips, glue for stationery purpose; folders; binders as stationery; paper clips; paper staplers; staple removers; slate boards for writing; stencils; rubber stamps other than hand tools or parts of machines and stamp pads; paper pennants;



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

paper party decorations; paper cake decorations; paper party supplies, namely, paper napkins, paper placemats, paper gift wrap and paper gift wrapping ribbons, paper table cloths and paper party bags; gift bags; printed invitations; postcards; trading cards; greeting cards; writing paper; envelopes as stationery; memo pads; and lunch bags of paper

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4545086, 4419214

SER. NO. 86-311,348, FILED 06-16-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,129,447**

**Registered Jan. 24, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 25: Clothing, namely, T-shirts, sweatshirts, shirts, tank tops, blouses, pajamas, nightgowns, dresses, jackets, shorts, pants, skirts, caps, hats, scarves, slippers, infantwear, loungewear, underwear, socks, and Halloween costumes; footwear; and headwear

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4354512, 4397007

SER. NO. 86-311,353, FILED 06-16-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,055,079**

**Registered Oct. 04, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 28: Toys, games and playthings, namely, action target games; action-type target games; aero-dynamic disk for use in playing catching games; air mattress swimming floats for recreational use; amusement game machines; amusement products, namely, inflatable balls; bath toys; beach balls; bean bags; children's toy bicycles other than for transport; decorative wind spinners; dice games; Easter egg coloring kits; electric action toys; electric toy vehicles; electronically operated toy motor vehicles; face masks; floats for bathing and swimming; inflatable bop bags; inflatable inner tubes for aquatic recreational use; inflatable swimming pools; inflatable toys; inflatable toys showing decorative pictures; non-electric toy vehicles; paper face masks; paper party favors; paper streamers; party favor hats; play balls; play figures; plush dolls; sandbox toys; swim fins; swimming flippers; tossing disc toys; toy and novelty face masks; toy artificial fingernails; toy boxes; toy candy dispensers; toy construction blocks; toy construction sets; toy masks; toys, namely, a disc to toss in playing a game wherein other discs are flipped and collected; toys, namely, children's dress-up accessories; vinyl dolls; water wing swim aids for recreational use; action figures and accessories therefor; playsets for action figures; battery operated action toys; flying disks; balls for games; hobby craft kits comprising crayons, stencils, stickers and paints; toy rubber stamps; sporting articles, namely, skateboards, roller-skates, target sets for sporting use, balls for sports, inflatable punching bags, athletic protective elbow pads for skateboarding, athletic protective knee pads for skateboarding, bowling bags, bowling ball covers, bowling gloves, elbow guards for athletic use and elbow pads for athletic use; kites; yo-yos; snow globes; pinball machines and arcade game machines; hand held units for playing electronic games

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4419214, 4522438

SER. NO. 86-311,355, FILED 06-16-2014
JOHN M GARTNER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,129,446**

**Registered Jan. 24, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 18: Bags, namely, all-purpose carrying bags, athletic bags, all-purpose sport bags, backpacks, beach bags, book bags, duffel bags, gym bags, messenger bags, overnight bags, shoulder bags, tote bags, travel bags; travel cases; purses; handbags; diaper bags; knapsacks; umbrellas; articles made from leather and imitations of leather, namely, calling card cases, change purses, coin purses, fanny packs, luggage, luggage tags, knapsacks, key cases, leather key chains, satchels, waist packs, and wallets

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4354512, 4515131

SER. NO. 86-311,350, FILED 06-16-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,592,054**

**Registered Aug. 26, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR, PLAYSETS FOR ACTION FIGURES, BATTERY OPERATED ACTION TOYS, TOY PISTOLS, BATTERY OPERATED REMOTE CONTROLLED TOY VEHICLES, BALLS FOR GAMES, BALLS FOR SPORTS, COLLECTIBLE TOY FIGURES, VINYL DOLLS, BAL-LOONS, PLAYING CARDS, BOARD GAMES, CARD GAMES, MEMORY GAMES, ACTION SKILL GAMES, CHILDREN'S EDUCATIONAL TOYS FOR DEVELOPING COGNITIVE SKILLS, COSTUME MASKS, PUZZLES, PLUSH TOYS, STUFFED TOYS, TALKING TOYS, BATH TOYS, WATER TOYS, TOY FIGURES, DOLLS AND ACCESSORIES THEREFOR, PLASTIC CHARACTER TOYS, BUBBLE-MAKING WAND AND SOLUTION SETS, PARTY FAVORS IN THE NATURE OF SMALL TOYS AND NOISEMAKERS, PAPER PARTY HATS, PIÑATAS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CAR-TOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-142,528, FILED 12-12-2013.

ROBERT C. CLARK JR., EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,592,051**

**Registered Aug. 26, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SHIRTS, PAJAMAS, JACKETS, SHORTS, PANTS, SKIRTS, CAPS, HATS, SCARFS, SLIPPERS, INFANTWEAR, LOUN-GEWEAR, UNDERWEAR, SOCKS, FOOTWEAR; HEADWEAR; AND HALLOWEEN COS-TUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CAR-TOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-142,396, FILED 12-12-2013.

ROBERT C. CLARK JR., EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,592,052**

**Registered Aug. 26, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BAGS, NAMELY, BACKPACKS; TOTE BAGS; MESSENGER BAGS, ALL-PURPOSE CARRYING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CARTOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-142,494, FILED 12-12-2013.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,596,147**

**Registered Sep. 2, 2014**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, BOOKS IN THE FIELD OF ENTERTAINMENT; CHILDREN'S ACTIVITY BOOKS, CHILDREN'S STORYBOOKS, ADDRESS BOOKS, COLORING BOOKS, COMIC BOOKS, NOTEBOOKS, DIARIES, BLANK WRITING JOURNALS, FOLDERS, WRITING PAPER, MEMO PADS, CALENDARS, SCRAPBOOK ALBUMS, STICKER ALBUMS, PHOTOGRAPH ALBUMS; CRAYONS; ARTS AND CRAFTS PAINT KITS; MARKERS; PENS; ERASERS; PENCILS; PENCIL CASES; DECORATIVE PENCIL TOP ORNAMENTS; SCHOOL SUPPLY KITS CONTAINING VARIOUS COMBINATIONS OF SELECTED SCHOOL SUPPLIES, NAMELY, WRITING INSTRUMENTS, PENS, PENCILS, MECHANICAL PENCILS, ERASERS, MARKERS, CRAYONS, HIGHLIGHTER PENS, FOLDERS, NOTEBOOKS, PAPER; ACTIVITY KITS CONSISTING OF STICKERS AND TOY STAMPS; DECALS AND TRANSFERS; STICKERS; PAPER PENNANTS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; PLASTIC CAKE DECORATIONS; PAPER PARTY SUPPLIES, NAMELY, PAPER PARTY FAVORS, PAPER NAPKINS, PAPER PLACEMATS, PAPER PLATES, PAPER CUPS, PAPER GIFT WRAP AND PAPER GIFT WRAPPING RIBBONS, PAPER TABLE CLOTHS AND PAPER PARTY BAGS; GIFT BAGS; PRINTED INVITATIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-19-2010; IN COMMERCE 5-19-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CARTOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-147,668, FILED 12-18-2013.

YAT SYE, LEE, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**