# Exhibit 3

| Def No. | Storename | Located in file | Page |
|---------|-----------|-----------------|------|
| 1 | Disney Metal Artworks | Exh. 3 - part 1.pdf | 3 |

DEF NO.: 1, STORENAME: Disney Metal Artworks                                    3
STOREURL: temu.com/m-634418219599650.html

| 4,918,817 5,059,956 4,846,779 5,176,741 | MINIONS |
|---|---|
| Stuart CR |  |



DEF NO.: 1, STORENAME: Disney Metal Artworks        4
STOREURL: temu.com/m-634418219599650.html



DEF NO.: 1, STORENAME: Disney Metal Artworks                     5
STOREURL: temu.com/m-634418219599650.html

